JD:JEA
F. #2018R00617

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 2 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MOHAMADOE LAMINE MBACKE,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 18-403 (S-1)(CBA)
(T. 8, U.S.C., § 1253(b); T. 18, U.S.C., §§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

FAILURE TO COMPLY WITH TERMS OF RELEASE UNDER SUPERVISION

In or about and between June 2016 and March 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MOHAMADOE LAMINE MBACKE, an alien, did knowingly and willfully fail to comply with regulations and requirements issued pursuant to Title 8, United States Code, Section 1231(a)(3), to wit: the defendant failed to obey reasonable written restrictions on the defendant's conduct and activities that were prescribed for the defendant pursuant to an order of supervision.

(Title 8, United States Code, Section 1253(b); Title 18, United States Code, Sections 3551 et seq.)

Richard P. Donoghue
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2018R00617

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*MOHAMADOE LAMINE MBACKE,*

Defendant.

# SUPERSEDING INFORMATION

(T. 8, U.S.C., § 1253(b); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_______________________________________

*Foreperson*

*Filed in open court this* _________________ *day,*

*of* _____________ *A.D. 20* _____

_______________________________________

*Clerk*

*Bail, $* ____________

_______________________________________

***Jonathan E. Algor, Assistant U.S. Attorney (718) 254-6248***